

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street, P.O. Box 7198*  *Tel.: (315) 448-0672*
*James M. Hanley Federal Building*  *Fax: (315) 448-0658*
*Syracuse, New York 13261-7198*

June 23, 2025

*Via CM/ECF*

Hon. Brenda K. Sannes
Chief U.S. District Judge
Federal Building and U.S. Courthouse
P.O. Box 7336
Syracuse, New York 13261-7336

    Re:   *United States v. Williams*
           5:24-cr-323 (BKS)

Dear Chief Judge Sannes:

    This letter is the government's request for a 60-day adjournment of sentencing in the above-captioned matter. The government has advised the defense of this request, and the defendant has not objected.

    Respectfully,

    JOHN A. SARCONE III
    United States Attorney

By:   */s/ Michael D. Gadarian*
       Michael D. Gadarian
       Assistant United States Attorney
       Bar Roll No. 517198

cc:   Counsel of record (*via CM/ECF*)